UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KYLE ROHRIG,**

      Plaintiff,                               Case No. 2:23-cv-587

    v.                                      JUDGE EDMUND A. SARGUS, JR.
                                         Magistrate Judge Chelsey M. Vascura

**DHL INTERNATIONAL GMBH**, *et al*.,

      Defendants.

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on February 21, 2023.  (ECF No. 4.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.

For the reasons set forth in the Report and Recommendation, the Court **AFFIRMS** the Magistrate Judge's decision that **GRANTED** Plaintiff's request to proceed *in forma pauperis* and **RECOMMENDED** dismissal pursuant to 28 U.S.C. § 1915(e)(2) for failure to assert any claim over which this Court has subject matter jurisdiction. This case is therefore **DISMISSED**. The Clerk is **DIRECTED** to **ENTER JUDGEMENT** in favor of Defendant and to remove this case from the Court's active docket.

    **IT IS SO ORDERED.**

<u>**4/11/2023**</u>                                <u>**s/Edmund A. Sargus, Jr.**</u>
**DATE**                                  **EDMUND A. SARGUS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**